CP-01-CR-_1029_-20_05_



# POLICE CRIMINAL COMPLAINT

| COMMONWEALTH OF PENNSYLVANIA | |
|---|---|
| COUNTY OF: | ADAMS |

**COMMONWEALTH OF PENNSYLVANIA**
**VS.**
**DEFENDANT:**

Magisterial District Number: 51-3-03
MDJ Name: Hon. John C ZEPP
Address: 40 Church Rd.
East Berlin, Pa. 17316
Telephone: 265 717-624-7193

| Docket No: | CR-~~359~~-05 |
| Date Filed: | 11-4-05 |
| OTN: | K 209126-1 |

Dennis James HARRISON
6300 Oxford Rd.
Gardners, Pa.
17324
240-764-9167

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID (State Identification Number) |
|---|---|---|---|---|
| ☑ White  ☐ Asian  ☐ Black  ☐ Hispanic  ☐ Native American  ☐ Unknown | ☐ Female  ☑ Male | 03-21-82 | 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 | |

| Defendant's A.K.A (also known as) | Defendant's Vehicle Information Plate Number | State | Registration Sticker (MM/YY) | Defendant's Driver's License Number State | |
|---|---|---|---|---|---|
| | | | | Pa | 28228984 |

| Complaint/Incident Number | LiveScan Tracking Number | Complaint/Incident Number if other Participants | UCR/NIBRS Code |
|---|---|---|---|
| H06-1510204 | | | 170,260 |

Office of the Attorney for the Commonwealth  ☑ Approved  ☐ Disapproved because: _____
(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Crm.P.507.)

Sara CALDWELL
(Name of Attorney for Commonwealth)

_____ (Signature of Attorney for Commonwealth)  _____ (Date)

I, TPR. GREGG DIETZ
(Name of Affiant)

07328/00449185
(Officer Badge Number/A.D.)

of the Pennsylvania State Police, Troop H, Gettysburg
(Agency Represented)

_____ (Police Agency ORI Number)   H06-1510204 (Originating Agency Case Number (OCA))

do hereby state: (check appropriate box)

1. ☑  I accuse the above named defendant who lives at the address set forth above

   ☐  I accuse the defendant whose name is unknown to me but who is described as

   ☐  I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe

with violating the penal laws of the Commonwealth of Pennsylvania at
   6300 Oxford Rd. Huntington Twp.
   (Place-Political Subdivision)

in ADAMS County on or about 09-08-05

Participants were: (if there were participants, place their names here, repeating the name of the above defendant)

☑  Lab user fee applies
AOPC-412SPA(05)

Exhibit 1

CP-01-CR- 1029 -20 05



# POLICE CRIMINAL COMPLAINT

| Defendant's Name: | Dennis James Harrison |
|---|---|
| Docket Number: | CR-~~509~~-05 |

2. **The acts committed by the accused were:**
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated.)

CC 6312(d)(1) Sexual Abuse of Children  F2/F3

IN THAT, on or about said date, the def. knowingly possess or controls any book, magazine, pamphlet, slide, photograph, film, videotape, computer depictions or other material depicting a child under the age of 18 years engaging in a prohibited sexual act or in the simulation of such acts commits said offense
CC 3126(a)(7) Indecent Assault , M1,

IN THAT, on or about said date, THE DEFENDANT did have indecent contact with a complainant who was less than 13 years of age, namely (VICTIM AND AGE), or did cause the complainant to have indecent contact with the defendant, in violation of Section 3126(a)(7) of the PA Crimes Code.

CC 6301(a)(1) Corruption of Minors , M1,

IN THAT, on or about said date, THE DEFENDANT, being 18 years of age or older, did corrupt or tend to corrupt the morals of a minor less than 18 years of age, by (DESCRIPTION OF ACTS COMMITTED), or aided, abetted, enticed or encouraged a minor in the commission of a crime, or knowingly assisted or encouraged such minor in violating his/her parole or court order, in violation of Section 6301(a)(1) of the PA Crimes Code.

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| # | (Section) (SubSection) | | (PA Statute) | (counts) | (grade) |
|---|---|---|---|---|---|
| 1. | 3126(a)(7) | of the | Title 18, PA Crimes Code | 1 | M1 |
| 2. | 6301(a)(1) | of the | Title 18, PA Crimes Code | 1 | M1 |
| 3. | 6312(d)(1) | of the | Title 18, Pa Crimes Code | 1 | F3 |
| 4. | 6312(d)(1) | of the | Title 18 Pa Crimes Code | 76 | F2 |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. **(In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)**

4. I verify that the facts set forth in the complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S.§4904) relating to unsworn falsification to authorities.

November 3, 2005                Tpr. Gregg M DIETZ
(Date)                           (Signature of Affiant)

AND NOW, on this date, **NOVEMBER 4**, 2005 I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

51-3-01
(Magisterial District)                 (Issuing Authority)

AOPC-412SPB(05)

SEAL

7R-265-05

| Commonwealth of Pennsylvania  | AFFIDAVIT OF PROBABLE CAUSE |
|---|---|
| COUNTY OF ADAMS | CP-01-CR- 1029 -20 05 |
| Docket Number (Issuing Authority): | Police Incident Number: H06-1510204 | Warrant Control Number: PSP 26-05 |

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

Your affiant is a Pennsylvania State Trooper assigned to the criminal investigation unit at PSP-Gettysburg. I have been employed as a trooper since January 2, 1994. In the course of my duties as a trooper, I have investigated numerous offenses listed under the Pa Crimes Code Title 18 along with other offenses listed under Title 75 and ACT64 of 1972. In addition to my investgative duties I have attended numerous classes and seminars specifically related to my current assignment. I have been the affiant and lead investigator where I have executed search warrants and have successfully prosecuted numerous subjects for a wide variety of crimes against both person and property.

On September 6, 2005, this officer was contacted by Adams County Children and Youth Caseworker Kim WALKER in reference to a report referred to her by Carroll County Children and Youth. The complainant in this incident is the exgirlfriend of HARRISON's and the mother of his two children. She is currently living in a shelter for abused women as a result of altercations with HARRISON in the past. They have a custody agreement where he has custody of the children 1,2, 4th weekends of the month. The children have been with HARRISON the past two weekends.

In the course of there relationship, HARRISON has made numerous statements to the complainant about his sexual fantasies involving there daughter(2yoa). He has also told the complainant that there were two different incidents while the couple still lived together(07/03- 08/05) where has has assaulted the child. He told the compl. that on one incident he masterbated and wiped the semen onto his daughter lips and she licked it. The second incident HARRISON described to her was he again masterbated and put the semen onto a spoon and fed it to the daughter.

Beginning with Sunday 08-28-05 when the children were returned to the complainant on Sunday 08-28-05, she recalls smelling an odor which she felt was not normal and smelled like seminal fluid. She proceeded to give the child a bath and as she was bathing him, the compl. reports he called her and said that she should make sure she washes her hair because he left a present there for her and that he ejaculated on her face before he gave the kids back.

Since that time, HARRISON has called the compl. numerous times on the phone talking about comleting explicit sexual acts on his daughter and other fantasies he has had. On Monday 08-29-05, he called her and was asking her if it was possible to have intercourse with her and was describing how he had to get his penis wet to do it. He then asked her if it was possible to have oral sex with her and the compl repeatedly told him that was not going to happen.

On Wednesday he called the compl. again and was describing what he wanted to do when he picked the children up on Friday 09-09-05. He stated he was going to video him and the compl having sex in the back of the truck and would start by having oral sex on his son.

On Sunday 09-04-05, the compl. spoke with Harrison on the phone while he had custody of the children. He related that he was on the computer looking at child porn and talking about purchasing a bumper sticker on line that says" I like my dad's cum" and senidng it to the compl. He has also printed out pictures of what she described as very young undeveloped girls from his computer. She has stated that he is constantly on the computer and readily talks about viewing child pornography on line. She stated that as of the end of August 2005, she still observed the computer at the residence.

Based on the above information and my experience as a Pennsylvania State Trooper, I request that a search warrant be issued based on the facts set forth in this Probable Cauue Affidavit. It is my experience that subjects involved in the viewing of child pornography, ofter keep pictures, images, and tapes/videos of the such that would be present on the subjects computer or present in his personal possessions. It is my belief based on the above mentioned interview that HARRISON does possess a computer at the above residence and is in possession or has stored or downloaded onto his hard drive, pictures, images, or photographs of child pornography that could be used, if found to be in his possession, evidence of the aforementioned crimes on page on of this search warrant.

I, Tpr. Gregg M DIETZ, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| Affiant Signature | Date 9.8.05 | Issuing Authority Signature | Date 9/8/05 (SEAL) |
|---|---|---|---|

Page 2 of     Pages

CP.01.CR- 1029 -20 05

| Defendant's Name: | Dennis James HARRISON |
|---|---|
| Docket Number: | CR-███-05 |

265



# POLICE CRIMINAL COMPLAINT

## AFFIDAVIT of PROBABLE CAUSE

PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:

This officer is a Pennsylvania State Trooper assigned to the Criminal Investigation Unit at Gettysburg. On 09-06-05, this officer was contacted by Kim WALKER, Supervisor of Adams County Children/Youth Services about a complaint made by the def.'s ex girlfriend and mother of the def. 2 children. The two children had been in the def.'s custody the prior two weekends as per a custody agreement.

The def.'s ex girlfriend, K████ R████, reports that the def. has made numerous statements to her in person and over the phone describing sexual fantasies he was having with his 2 yoa daughter. She related that he described to her two different incidents involving him masturbating and subjecting his daughter to the semen by wiping on her lips or spooning it to her.

On Sunday 08-28-05, the children were returning from a custody visit from the def.'s at his residence. R████ Detected a strong odor which she felt was consistent with the odor of semen on the victim's body. In the course of giving the child a bath the def/ called her and said that she should make sure she washes the victim's hair because he left her a present when he masturbated and ejaculated on her face before he returned them home to her.

On 09-07-05 the def. again called R████ and he was describing acts of sexual relations he wanted to have with the victim when he was picking them up for his visit on Friday 09-09-05.

On 09-08-05, this officer obtained a search warrant of the def.'s residence and in the course of the search warrant, two computer's were seized and subsequently examined at the Pennsylvania State Computer Crime Lab. The results of the examination revealed the presence of 11 images that were located on the def's computer depicting images of child pornography on allocated space on his computer. There was an additional 66 images depicting child pornography located on unallocated space on the def.'s computer.

Based on the above described information, this officer is requesting an arrest warrant be issued for Dennis James HARRISON's arrest in this investigation.

I, **TPR. GREGG DIETZ/07328**, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_____Tpr. Gregg M DIETZ_____
(Signature of Affiant)

Sworn to me and subscribed before me this __4TH__ day of __NOVEMBER__ 2005

_____, Magisterial District Judge

My commission expires first Monday of January, __2008__.

AOPC-412SPC(05)

**SEAL**